WILLIAM D. PETRIE, Respondent, *v.* FREDERICK H. DORWIN, Appellant.

*Sale — Statute of frauds — Delivery.*

Appeal from a judgment in favor of the plaintiff, entered upon the report of a referee.

The action was for the conversion of a horse, double harness and a plow, sold by the defendant to the plaintiff. The sale was denied by the defendant. The referee found in favor of the plaintiff, and the General Term refused to disturb his findings. The defendant insisted that the sale was void within the statute of frauds; but the court held that although the agreement was not in writing, and nothing was paid, yet, as the referee found that the property had been delivered to the defendant, and as he had used it for some two years, the sale was perfected by such delivery, though not made until after the time of entering into the verbal agreement.*

*L. J. Dorwin,* for the appellant.

*Wynn & Porter,* for the respondent.

Opinion by Mullin, P. J.

Judgment affirmed.